UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAYATTA NDIAYE,

    Petitioner,

v.

ROBIN BAKER, District Director of
the Detroit Field Office of Immigration
and Customs Enforcement,

    Respondent.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:06-cv-609

## ORDER REQUIRING FILING OF STATUS REPORT

This action commenced August 24, 2006 with the filing of a petition for writ of habeas corpus by the Petitioner, Mayatta Ndiaye. On November 20, 2006, Respondent filed a notice of release in response to the petition for writ of habeas corpus stating the Petitioner was released from U.S. Immigration and Customs Enforcement ("ICE") custody on August 28, 2006, pending his removal from the United States. To this date, nothing further has been filed. On August 10, 2007, this case was transferred to the undersigned. Therefore:

**IT IS HEREBY ORDERED** that Respondent shall provide the Court with a status report detailing the status of this matter by October 12, 2007.

    /s/ Paul L. Maloney

Date: September 11, 2007

PAUL L. MALONEY
United States District Judge