UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


SCHOLLE CUSTOM PACKAGING, INC.,

    Plaintiff,

v.

GRAYLING INDUSTRIES, INC.,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:03-cv-93

**ORDER FOR COMPLIANCE WITH LOCAL RULES**

This matter is before the Court on Plaintiff's Motion to Exceed the Page Limits (Dkt. #121). Upon review of the motion, the plaintiff fails to include its attempts to obtain concurrence from the defendant. In part, W.D. Mich. LCivR 7.1(d) states:

Attempt to obtain concurrence - with respect to all motions, the moving party shall ascertain whether the motion will be opposed. ...All motions shall affirmatively state the efforts of the moving party to comply with the obligation created by this rule.

The Court will hold the Motion to Exceed Page Limits, pending compliance with Local Rule 7.1(d) until **January 12, 2010**. Failure to describe, in writing, the attempt to obtain concurrence may result in denial of the motion.

**IT IS SO ORDERED**.


Date: January 5, 2010                                    /s/ Paul L. Maloney
                                                                                       Paul L. Maloney
                                                                                       Chief United States District Judge