UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

S<small>CHOLLE</small> C<small>USTOM</small> P<small>ACKAGING</small>, I<small>NC</small>.,

      Plaintiff,

v.

G<small>RAYLING</small> I<small>NDUSTRIES</small>, I<small>NC</small>.,

      Defendant.

_____/

HONORABLE PAUL L. MALONEY

Case No. 1:03-cv-93

### ORDER GRANTING MOTION TO EXCEED THE PAGE LIMITS

This matter is before the Court on Plaintiff's Motion for Leave to File Plaintiff's Opening Memorandum of Law on Claim Construction in Excess of Twenty Pages (Dkt. #121). The Defendant does not oppose the motion. The Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Motion for Leave to File Plaintiff's Opening Memorandum of Law on Claim Construction in Excess of Twenty Pages (Dkt. #121) is **GRANTED**. The Plaintiff's brief is hereby deemed filed *instanter*.

Date: January 7, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge