UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCHOLLE CUSTOM PACKAGING,
INC.,

    Plaintiff,

v.

GRAYLING INDUSTRIES, INC.,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:03-cv-93

## ORDER GRANTING MOTION TO EXCEED PAGE LIMITS

This matter is before the Court on Defendant's Motion for Leave to File Opening Memorandum of Law on Claim Construction in Excess of Twenty Pages (Dkt. #126). Plaintiff does not oppose the motion. The Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that Defendant's Motion for Leave to File Opening Memorandum of Law on Claim Construction in Excess of Twenty Pages (Dkt. #126) is **GRANTED**. Defendant's brief is hereby deemed filed *instanter*.

Date: January 13, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge