UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCHOLLE CUSTOM PACKAGING, INC.,

    Plaintiff,

v.

GRAYLING INDUSTRIES, INC.,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:03-cv-93

## ORDER GRANTING JOINT MOTION FOR LEAVE TO CLARIFY

This matter is before the Court on the parties' Joint Motion for Leave to Clarify the Case Management Order (Dkt. #141). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Joint Motion for Leave to Clarify the Case Management Order (Dkt. #141) is **GRANTED**. The deadline to depose expert witnesses shall be 30 days after the deadline to exchange expert reports, which is 30 days after the Court's issuance of the *Markman* order.

Date: March 16, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge