UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCHOLLE CUSTOM PACKAGING, INC.,

    Plaintiff,

v.

GRAYLING INDUSTRIES, INC.,

    Defendant.
_____/

HONOARBLE PAUL L. MALONEY

Case No. 1:03-cv-93

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE POST HEARING BRIEF

This matter is before the Court on Defendant's Motion for Leave to File Post Hearing Brief (Dkt. #146). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that Motion for Leave to File Post Hearing Brief (Dkt. #146) is **GRANTED**. Plaintiff may to file responsive brief not to exceed 10 pages by **April 2, 2010**.

Date: March 26, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge