IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| SCHOLLE CUSTOM PACKAGING, INC., | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| v. | ) ) | NO.: 1:03-CV-0093 |
| GRAYLING INDUSTRIES, INC., | ) ) | Hon. Paul L. Maloney |
| Defendant. | ) | |

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

This matter is before the Court on the parties' Joint Motion to Amend Scheduling Order (Dkt. #141). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Joint Motion to Amend Scheduling Order (Dkt. #134) is **GRANTED**. The deadline to depose expert witnesses shall be extended up to and through 60 days after this Court's issuance of the *Markman* Order.

Date: June 1, 2010

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge