UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SCHOLLE CUSTOM PACKAGING, INC., )<br>   Plaintiff, )<br>)<br>-v- )<br>)<br>GRAYLING INDUSTRIES, INC., )<br>   Defendant. )<br>_____) | No. 1:03-cv-93<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having found Plaintiff's claims are barred by equitable estoppel, and having granted Defendant's motion for summary judgment on that issue, under Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

  **THIS ACTION IS TERMINATED.**

  **IT IS SO ORDERED.**

Date:  August 9, 2012             /s/ Paul L. Maloney
                             Paul L. Maloney
                             Chief United States District Judge