UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SCHOLLE CUSTOM PACKAGING, INC., )<br>       Plaintiff,                                     )<br>                                                         )   No. 1:03-cv-93<br>-v-                                                    )<br>                                                         )   HONORABLE PAUL L. MALONEY<br>GRAYLING INDUSTRIES, INC.,          )<br>       Defendant.                                 )<br>_____) | |

## JUDGMENT

Having found Plaintiff's claims are barred by equitable estoppel, and having granted Defendant's motion for summary judgment on that issue, under Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   August 9, 2012                                  /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    Chief United States District Judge